UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYNTHIA ARCHER-GIFT,

        Plaintiff,

Case No.    15-14467

HONORABLE AVERN COHN

v.

CITIGROUP, INC., ET. AL.,

        Defendant.

_____/

## JUDGMENT

For the reasons stated in the Decision entered on January 30, 2017, judgment is entered in favor of defendant and against plaintiff and the case is closed.

DAVID WEAVER

Dated: January 30, 2017          By: s/Marie Verlinde
                                             Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 30, 2017, by electronic and/or ordinary mail.

                                       s/Marie Verlinde
                                       Case Manager, (313) 234-5160