UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

CYNTHIA  ARCHER-GIFT
Individually and on behalf of others similarly situated,

     Plaintiff

 -vs-

                                      Case No. 2:15-CV-14467
                                      Hon. Avern Cohn
                                      Magistrate Judge: Mona K. Majzoub

CITIGROUP, INC., *et al.*,

     Defendants

**<u>NOTICE OF APPEAL</u>**
**<u>TO THE SIXTH CIRCUIT COURT OF APPEALS</u>**
**<u>FROM THE UNITED STATES DISTRICT COURT EASTERN DISTRICT</u>**
**<u>OF MICHIGAN -- SOUTHERN DIVISION</u>**

Take notice that Cynthia  Archer-Gift   appeals  to the Sixth Circuit Court of

Appeals from the judgment entered by Avern Cohn in the United States District

Court Eastern District of Michigan -- Southern Division on 01/30/2017 (Doc. 50)

and the order affirming that judgment entered on 01/30/2017 (Doc. 51).

                                  Respectfully Submitted,

                                  <u>By:  s/ Ian B. Lyngklip</u>
                                  Ian B. Lyngklip (P47173)
                                  LYNGKLIP & ASSOCIATES
                                  CONSUMER LAW CENTER, PLC
                                  Attorney For Cynthia Archer-Gift
                                  24500 Northwestern Highway, Ste. 206
                                  Southfield, MI 48075
                                  (248) 208-8864
                                  Ian@MichiganConsumerLaw.Com

Dated:   February 28, 2017

### Certificate of Service

I hereby certify that on February 28, 2017, I electronically filed the

foregoing paper with the Clerk of the Court and served this document on the

following parties:

Kathryn J. Miller
Dickinson Wright
350 S. Main Street
Suite 300
Ann Arbor, MI 48104-2131
(734) 623-7075 (ph.)
(734) 623-1625 (fax)
kjmiller@dickinsonwright.com

Robert L. Avers
Dickinson Wright PLLC
350 S. Main Street
Ste 300
Ann Arbor, MI 48104
734-623-1672 (ph.)
734-623-1627 (fax)
ravers@dickinson-wright.com

Respectfully Submitted,

By:  s/ Ian B. Lyngklip
Ian B. Lyngklip (P47173)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Cynthia Archer-Gift
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
Ian@MichiganConsumerLaw.Com

Dated: February 28, 2017