# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 19, 2017

Mr. Robert L. Avers
Dickinson Wright
350 S. Main Street
Suite 300
Ann Arbor, MI 48104

Ms. Priya Bali
Lyngklip & Associates
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

Mr. Ian B. Lyngklip
Law Offices
24500 Northwestern Highway
Suite 206
Southfield, MI 48075

Ms. Kathryn Jean A. Miller
Dickinson Wright
350 S. Main Street
Suite 300
Ann Arbor, MI 48104

Re:  Case No. 17-1227, *Cynthia Archer-Gift v. Citigroup, Inc., et al*
     Originating Case No. : 2:15-cv-14467

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc:  Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 17-1227

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CYNTHIA ARCHER-GIFT

    Plaintiff - Appellant

v.

CITIGROUP, INC.; HOME DEPOT, INC.; SEARS, ROEBUCK AND COMPANY

    Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                  **ENTERED PURSUANT TO RULE 33,**
                                  **RULES OF THE SIXTH CIRCUIT**
                                  Deborah S. Hunt, Clerk

Issued: April 19, 2017